FILED

FEB 2 6 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Surf Moore,                          )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )        Civil Action No. *14-313*
                                     )
Justice Dept. *et al.*,              )
                                     )
        Defendants.                  )
_____ )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* Complaint

application to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application

and dismiss the case because the complaint fails to meet the minimal pleading requirements of

Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*,

656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires

complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction

[and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief."

Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355

F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair

notice of the claim being asserted so that they can prepare a responsive answer and an adequate

defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75

F.R.D. 497, 498 (D.D.C. 1977).



3

The plaintiff, a resident of Jackson, Mississippi, purports to sue the United States Department of Justice and a construction company based in Chicago, Illinois. Compl. at 2. The Complaint consists wholly of incoherent statements and contains no discernible request for relief. Hence, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: February ___, 2014